UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATAWNYA COWAN, | No. 2:25-cv-0697 DJC AC PS |
| Plaintiff, | |
| v. | ORDER |
| STATE OF CALIFORNIA DEPT. OF SOCIAL SERVICES, et al., | |
| Defendants. | |

The court is in receipt of plaintiff's motion to proceed in forma pauperis. ECF No. 2. However, the request is not on the proper form and does not include all information necessary to a determination of indigence under 28 U.S.C. § 1915(a)(1). Accordingly, the request will be denied without prejudice. Plaintiff must submit a renewed in forma pauperis ("IFP") application on the standard court form, with all sections completed and all requested information provided, or pay the filing fee.

Accordingly, plaintiff's motion to proceed in forma pauperis (ECF No. 2) is HEREBY DENIED without prejudice. The Clerk of the Court is DIRECTED to provide plaintiff with a copy of the Application to Proceed In District Court Without Prepaying Fees or Costs.

Plaintiff is ORDERED to submit a proper IFP application, with a signature, or pay the filing fee no later than April 30, 2025. If plaintiff fails to respond or fails to file the necessary

documents, the court may recommend that this case be dismissed without prejudice for failure to prosecute.

IT IS SO ORDERED.

DATED: April 3, 2025

*[signature]*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE