UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATAWNYA COWAN, | No. 2:25-cv-0697 DJC AC PS |
| Plaintiff, | |
| v. | ORDER |
| STATE OF CALIFORNIA DEPT. OF SOCIAL SERVICES, et al., | |
| Defendants. | |

On February 26, 2025, plaintiff filed a complaint and a motion to proceed in forma pauperis ("IFP"). ECF Nos. 1 and 2. Plaintiff's first motion to proceed IFP was inadequate, and the court directed her to re-file. ECF No. 4. Plaintiff submitted a proper motion on April 21, 2025. ECF No. 5. On May 2, 2025, the undersigned granted the motion to proceed IFP but rejected the complaint with leave file an amended complaint within 30 days, pursuant to the screening process required by the IFP statute. ECF No. 9. Plaintiff has not filed an amended complaint, and the time to do so has passed.

IT IS HEREBY ORDERED that plaintiff shall show cause, in writing, no later than June 26, 2025, why her failure to file an amended complaint should not result in a recommendation that this case be dismissed for failure to prosecute. The filing of an amended complaint within this timeframe will serve as cause and will discharge this order. If plaintiff fails to respond, the

1  court will recommend dismissal of this case pursuant to Local Civil Rule 110.

2      IT IS SO ORDERED.

3  DATED: June 16, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE